296 U.S. 627
 56 S.Ct. 150
 80 L.Ed. 446
 JACKSONVILLE TERMINAL COMPANY, petitioner,
v.
Geneva BLACKSHEAR, as Administratrix, etc.*
 No. 426.
 Supreme Court of the United States
 October 21, 1935
 
 Mr. John O. Jackson, of Jacksonville, Fla., for petitioner.
 For opinion below, see 162 So. 509.
 
 
 1
 Petition for writ of certiorari to the Supreme Court of the State of Florida Denied.
 
 
 
 *
 Rehearing denied 296 U. S. 663, 56 S. Ct. 169, 80 L. Ed. 472.